UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| KIMBERLY DiPAOLO, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-1108-RLH-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, *et al*., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| AND RELATED COUNTERCLAIM. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on October 4, 2010, and December 3, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

    1.    Shall identify the discovery that has been completed;

    2.    Shall identify the discovery that remains outstanding;

    3.    Shall identify any pending discovery motions; and,

    4.    Shall detail all attempts to settle the case.

DATED this __30th__ day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge