RILEY A. CLAYTON
Nevada Bar No. 005260

**HALL JAFFE & CLAYTON, LLP**
7455 W. WASHINGTON AVENUE
SUITE 460
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

rclayton@lawhjc.com
Attorney for Defendant,
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY DiPAOLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; BILL HUMPHREY, CPCU, CLU; DOES 1-10 AND ROE CORPORATIONS 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:10-cv-01108-RLH-RJJ<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY TO FILE ITS REPLY BRIEF AND OPPOSITION TO THE COUNTER-MOTION**<br><br>**(First Request)** |

　　　　Plaintiff, Kimberly DiPaolo, by and through her attorney, Brice J. Crafton, Esq., and Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its attorney, Riley A. Clayton, Esq., hereby submit this Stipulation and Order to Extend Time for State Farm Mutual Automobile Insurance Company to file its Reply Brief and Opposition. As the Court is aware, Defendant filed its Motion for Summary Judgment on March 2, 2011. Thereafter, Plaintiff's Response was due on March 26, 2011. Defendant and the Court granted Plaintiff an extension until April 11, 2011. The present due date for State Farm to file its Reply is April 28, 2011. Further, Plaintiff filed a Counter-Motion for Summary Judgment. The Opposition to the Counter-Motion is due May 5, 2011.

　　　　The reason for requesting this extension is that the undersigned was on a family vacation out of state

from April 16, 2011 to April 24, 2011, and has not had sufficient time to prepare a response. In order to allow the Defendant's counsel sufficient time to respond to Plaintiff's Opposition and Counter-Motion, the parties hereto have agreed to allow State Farm's counsel a two week extension on its Reply and Opposition due dates.

As such, the new due date for State Farm to file its Reply Brief with respect to its Motion for Summary Judgment would be **May 12, 2011**.

It is further agreed, that State Farm will have until **May 19, 2011** to file its Opposition to Plaintiff's Counter-Motion for Summary Judgment.

This stipulation and order to extend the briefing schedule is not done for purposes of unnecessarily delaying this proceeding. This is the first request made by State Farm for an extension to file the Reply to its Motion for Summary Judgment and Opposition to the Counter-Motion for Summary Judgment.

DATED this 26th day of April, 2011

HALL JAFFE & CLAYTON, LLP

By /s/ Riley A. Clayton
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 005260
7455 W. Washington Ave, Suite 460
Las Vegas, Nevada 89128
*Attorney for Defendant*

DATED this 26th day of April, 2011

MAINOR EGLET

By /s/
BRICE J. CRAFTON, ESQ.
Nevada Bar No. 010558
400 S. Fourth Street, Suite 600
Las Vegas, NV 89101
*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated April 27, 2011.

_____
UNITED STATES DISTRICT JUDGE